961 F.2d 209
 Guralnick (Mark S.), Garber (Joel Wayne), d/b/a Garber & Guralnick
v.
Supreme Court of New Jersey, New Jersey Bar, District Fee
Arbitration Committee for Burlington and Ocean Counties,
Montenegro (Nicholas C.), Secretary of District II Fee
Arbitration Committee, Kiefer (Yvonne), District Fee
Arbitration Committee of Supreme Court of New Jersey
 NO. 90-5884
 United States Court of Appeals,
Third Circuit.
 Mar 16, 1992
 Appeal From: D.N.J., 747
 F.Supp. 1109
 
 1
 AFFIRMED.